UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ADVANTA-STAR AUTOMOTIVE RESEARCH CORPORATION OF AMERICA** | : : : | **CIVIL ACTION NO: 2:20-01150** |
| *Plaintiff* | : : | **JUDGE SARAH S. VANCE** |
| | : : | **MAGISTRATE DANA DOUGLAS** |
| **VERSUS** | : : | |
| **DealerCMO, Inc.** | : : | |
| *Defendant* | : | |

## DEFENDANT'S FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DealerCMO, Inc. files this disclosure statement.

DealerCMO, Inc. is a California corporation with no parent company, and there is no publicly held corporation that owns 10% or more of DealerCMO, Inc.

Respectfully submitted,

/s/ Emily Lippold Gummer
Robert S. Stassi (La. Bar No. 25259)
Emily Gummer (La. Bar No. 33858)
Andrew J. Brien (La. Bar No. 37051)
CARVER DARDEN KORETZKY TESSIER
FINN BLOSSMAN & AREAUX LLC
1100 Poydras St., Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801
stassi@carverdarden.com
gummer@carverdarden.com
brien@carverdarden.com

Counsel for DealerCMO, Inc.

<u>Certificate of Service</u>

  I certify that on March 3, 2021, I electronically filed this document with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel who are Filing Users, and that service was accomplished this date on any party or counsel who is not a Filing User in accordance with the Federal Rules of Civil Procedure and the local rules.

                _____/s/ Emily Lippold Gummer_____