UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Advanta-STAR Automotive Research Corporation of America § § | CIVIL ACTION NO: 2:20-01150 |
| *Plaintiff* § | JUDGE SARAH S. VANCE |
| § | |
| versus § | MAGISTRATE DANA DOUGLAS |
| § | |
| DealerCMO, Inc. and § | |
| Edward Dodd § | |
| *Defendants* § | |

**Statement of Undisputed Material Facts
in Support of Defendants' Motion for Summary Judgment**

Defendants, DealerCMO, Inc. ("DealerCMO") and Edward Dodd, and, pursuant to LR 56.1, submit the following statement of undisputed material facts, for which there is no genuine issue to be tried, in support of their Motion for Summary Judgment and Request for Attorneys' Fees.

1. The U.S. Copyright Office issued copyright registration numbers TX-8-760-971 ("'971 Registration") and TX-761-015 ("'015 Registration") to Advanta-Star Automative Research Corporation of America ("Advanta-Star"). Amended Complaint, Rec. Doc. 53, ¶ 12.

2. The '971 Registration and '015 Registration are for a "revised and updated compilation of database material; revised text, material, and images; new text, material, and images." Ex. B to Amended Complaint, Rec. Doc. 53-2, pg. 3; Ex. C to Amended Complaint, Rec. Doc. 53-3, pg. 3.

3. The database that is copyrighted by the '971 Registrations and '015 Registration is a compilation of vehicle comparisons. Advanta-Star admits that those vehicle comparisons include data and specifications (for example, fuel mileage data) not created by Advanta-Star and that were taken from other sources. Memorandum's Ex. A, Plaintiff's 30(b)(6) Testimony through Withan Lemmon, at p. 45:14-47:21 ("Q.· ·And can you explain how those comparisons are made and who's involved in that process? A.· ·We would have to first wait until we were able to get full specifications and lists of standard and optional features either from the manufacturer through their press relations or through the manufacturer through their retail website or through a brochure or a lot of times a combination of all three… And once we were confident that we had all the relevant information from that from the fuel mileage EPA -- well, basically all the specifications, tire sizes, and everything, we would then look up all of that same information on all of what we believe would be the new vehicle's competitors and compare each item and determine whether the new vehicle had an advantage against each one of the specific vehicles that we're comparing it to, and then gets put down."); Memorandum's Ex. A at 54:18-59:24 and Ex. 8 to 30(b)(6) Testimony of Withan Lemmon, submitted with the Memorandum as Exhibit A-1.

4. The database was submitted to the Copyright Office as the "deposit copies" in Advanta-Star's applications resulting in the '971 and '015 Registrations, and electronic copies of the "deposit copies" were produced to Defendants in this litigation as a first SQL file located on a first thumb drive and a second SQL file located on a second thumb drive. Memorandum's Ex. A, 30(b)(6) Testimony of Withan Lemmon, at 71:20-73:24.

5. Each of the SQL files comprising the "deposit copies" for the '971 Registration and the '015 Registration are over 4,000 lines long with some lines having over 1 million characters. Memorandum's Ex. A, 30(b)(6) Testimony of Withan Lemmon, 74:19-80:3 ("Q. Okay. So it seems to be at least 4000-some lines of text in this file; is that correct? A. But I'm not certain that the entire file was loaded, and also you have to understand that this column· Q. Keeps going? And I guess that goes to my next question. So then if I go over here, right, and we can keep going to the right? A. Right. Q. And then, you know, it kind of keeps going, right? … If I just put my cursor there now the column says 1,036,428? A. Yep. Q. So in that one line there's over a 22 million characters? A. Correct.").

6. Each of the SQL files comprising the "deposit copies" for the '971 Registration and the '015 Registration are at least 4.5 gigabytes in size. Ex. A, 30(b)(6) Testimony of Withan Lemmon, 80:4-11.

7. Each of the "deposit copies" for the '971 Registration and the '015 Registration further comprise hundreds of thousands of vehicle comparisons. Ex. A, 30(b)(6) Testimony of Withan Lemmon, 36:17-37:9. For each vehicle model year in the '015 and '971 Registrations there are thousands of different vehicle comparisons. *Id*. at 37:13-38:8.

8. Advanta-Star does not allege that DealerCMO copied its database that is the subject of Advanta-Star's copyright registrations. Rather, of the hundreds of thousands of vehicle comparisons contained in the database that is the subject of the '971 and '015 Registrations, Advanta-Star only alleges that Defendants infringed three vehicle comparisons: (1) the 2019 Hyundai Santa Fe and 2019 Kia Sorrento comparison; (2) the 2019 Hyundai Sonata and 2019 Toyota Camry comparison; and (3) the 2019

Hyundai Tuscon and 2019 Nissan Rogue comparison. Amended Complaint, Rec. Doc. 53, ¶ 16.

9. Further, Advanta-Star does not allege that the three vehicle comparisons are wholly copied from Advanta-Star. Rather, Advanta-Star alleges only a portion of the three comparisons were copied from Advanta-Star. Memorandum's Ex. B, June 11, 2021 Email (and accompanying attachments) from counsel of record for Plaintiff to counsel of record for Defendants ("We have attached highlighted copies of the webpages from Hyundai of Slidell which demonstrate what your clients copied verbatim.").

10. Advanta-Star admitted to the differences between Advanta-Star's comparison and DealerCMO's comparison for the 2019 Hyundai Tucson and 2019 Nissan Rogue. Memorandum's Ex. A, 30(b)(6) Testimony of Withan Lemmon, at 81:1-82:19 and at 90:1-102:3 and Ex. 12 to 30(b)(6) Testimony of Withan Lemmon, attached hereto as Exhibit A-2.

11. With respect to the 2019 Hyundai Tucson and 2019 Nissan Rogue, of the millions of words and billions of characters contained in the '971 and '015 Registrations, Advanta-Star alleges only the following words and phrases were copied by Defendants:

| Allegedly Infringing Words & Phrases | Word Count | Character Count (including spaces) |
|---|---|---|
| the Tucson has 1.9 gallons more than the Rouge | 9 | 46 |
| it has more fuel capacity for longer range between fill-ups | 10 | 59 |
| Tucson brake rotors are larger than those on the Rouge | 10 | 54 |
| the Tuscon stops shorter than the Rouge | 7 | 39 |
| Tucson comes with a full 5-year/60,000 mile basic warranty, which covers the entire | 13 | 83 |
| and includes 24-hour roadside assistance. | 5 | 41 |

| | | |
|---|---|---|
| The Rogue's 3-year/36,0000 mile basic warranty expires 2 years and 24,000 miles sooner. | 13 | 87 |
| Hyundai powertrain warranty covers the Tucson 5 years and 40,000 miles longer than the Nissan Rogue. | 16 | 100 |
| Any repair needed on the engine, transmission, axles, joints or driveshafts is fully covered for 10 years or 100,000 miles. The Nissan Rogue coverage ends after only 5 years or 60,000 miles. | 32 | 190 |
| The Hyundai Tucson corrosion warranty is 2 years longer than the Nissan Rouge (7 years vs 5 years). | 18 | 99 |
| Total | 133 | 798 |

Memorandum's Ex. B-2, June 11, 2021 Email (and accompanying attachments) from counsel of record for Plaintiff to counsel of record for Defendants.

12. Advanta-Star admitted to the differences between Advanta-Star's comparison and DealerCMO's comparison for the 2019 Hyundai Sonata and Toyota Camry. Ex. A, 30(b)(6) Testimony of Withan Lemmon, 81:1-82:19 and 102:4-107:7 and Ex. 12 to 30(b)(6) Testimony of Withan Lemmon, attached hereto as Exhibit A-2.

13. With respect to the 2019 Hyundai Sonata and 2019 Toyota Camry, of the millions of words and billions of characters contained in the '971 and '015 Registrations, Advanta-Star alleges only the following words and phrases were copied by Defendants:

| Allegedly Infringing Words & Phrases | Word Count | Character Count (including spaces) |
|---|---|---|
| Sonata comes with a full 5-year/60,000 mile basic warranty, which covers the entire car and includes 24-hour road assistance. | 19 | 125 |
| The Toyota Camry 3-year/36,0000 mile basic warranty expires 2 years and 24,000 miles sooner. | 14 | 92 |
| Hyundai's power train warranty covers the Sonata 5 years and 40,000 miles longer than the Toyota covers the Camry. | 19 | 113 |

| | | |
|---|---|---|
| Any repair needed on the engine, transmission, axles, joints or driveshafts fully covered for 10 years or 100,000 miles. | 19 | 120 |
| The Toyota Camry coverage ends after only 5 years or 60,000 miles. | 12 | 66 |
| Sonata corrosion warranty is 2 years longer than the Toyota Camry (7 years vs 5 years). | 16 | 87 |
| Total: | 99 | 603 |

Ex. B-2, June 11, 2021 Email (and accompanying attachments) from counsel of record for Plaintiff to counsel of record for Defendants.

14. Advanta-Star admitted to the differences between Advanta-Star's comparison and DealerCMO's comparison for the 2019 Hyundai Tucson and 2019 Nissan Rogue. Ex. A, 30(b)(6) Testimony of Withan Lemmon, 81:1-82:19 and 107:10-114:12 and Ex. 12 to 30(b)(6) Testimony of Withan Lemmon, attached hereto as Exhibit A-2.

15. With respect to the 2019 Hyundai Santa Fe and 2019 Kia Sorrento Comparison, of the millions of words and billions of characters contained in the '971 and '015 Registrations, Advanta-Star alleges only the following words and phrases were copied by Defendants:

| **Allegedly Infringing Words & Phrases** | **Word Count** | **Character Count (including spaces)** |
|---|---|---|
| the Santa Fe has a standard Rear Cross-Traffic Collision Avoidance Assist that uses rear sensors to monitor and automatically apply the brakes to prevent a rear collision. | 27 | 171 |
| The 2019 Santa Fe and 2019 Sorento both have child safety locks to prevent children from opening the rear doors. | 20 | 112 |
| power child safety locks, | 4 | 25 |
| allow the driver to activate and deactivate them from the drivers seat and to know when the locks are engaged. | 20 | 110 |

| | | |
|---|---|---|
| Santa Fe SEL/Limited/Ultimate comes equipped with Blue Link, which uses a global positioning satellite (GPS) receiver and a cellular system to remotely unlock your doors if you lock your keys in, help track down your vehicle if it's stolen or send emergency personnel to the scene if any airbags deploy. | 50 | 303 |
| Hyundai's standard heads-up display | 4 | 36 |
| projects speed and other key instrumentation readouts in front of your line of sight, allowing | 15 | 94 |
| to view information without diverting your eyes from the road Although | 11 | 70 |
| The Santa Fe 2.0T's standard 2.0 turbo 4 cyl. produces 8 lbs.-ft. more torque than the Sorento's optional 3.3 DOHC V6. | 21 | 118 |
| On the EPA test cycle the Santa Fe AWD with its standard engine gets better highway fuel mileage than the Sorento AWD 4 cyl. | 24 | 124 |
| 2019 Hyundai Santa Fe: 260 lb-ft, 21 city / 27 hwy — 2019 Kia Sorento: 252 lb-ft, 21 city / 26 hwy | 21 | 90 |
| Santa Fe comes with a full 5-year/60,000 mile basic warranty, which covers the entire | 14 | 85 |
| Hyundai's power train warranty | 4 | 30 |
| covers any repair needed on the engine, transmission, axles, joints or driveshafts for 10 years or 100,000 miles | 18 | 112 |
| The Hyundai Santa Fe corrosion warranty is 2 years longer than the Kia Sorento (7 years vs 5 years). | 19 | 100 |
| Total: | 272 | 1,580 |

Ex. B-2, June 11, 2021 Email (and accompanying attachments) from Ms. Morgan Harrison to Ms. Emily Gummer and Mr. Robert Stassi.

16. Advanta-Star produced documents it relied upon in creating its vehicle comparisons, which were Bates numbered Nos. Advanta-Star_0000172-180; 968-1086; 1672-1675; 2259-2299, and a true copy of which are attached *in globo* hereto as Exhibit B-1.

Dated:  November 30, 2021

                                            Respectfully submitted,

/s/ Robert S. Stassi
Robert S. Stassi (La. Bar No. 25259)
Emily Gummer (La. Bar No. 33858)
Andrew J. Brien (La. Bar No. 37051)
CARVER DARDEN KORETZKY TESSIER
FINN BLOSSMAN & AREAUX LLC

1100 Poydras St., Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801
stassi@carverdarden.com
gummer@carverdarden.com
brien@carverdarden.com

Counsel for DealerCMO, Inc. and Edward Dodd

Certificate of Service

     I hereby certify that, on this 30th day of November, 2021, I electronically filed the above and foregoing Motion with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel who are Filing Users, and that service was accomplished this date on any party or counsel who is not a Filing User in accordance with the Federal Rules of Civil Procedure and the local rules.

/s/ Robert S. Stassi
Robert S. Stassi

4872-4880-2308, v. 3